**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL 2804** |
| | **Case No. 1:17-MD-2804** |
| **This document relates to:** | |
| | **Judge Dan Aaron Polster** |
| *MS Center for Police & Sheriff's d/b/a Joyce's Hope Home, et al. v. Amerisourcebergen Drug Corporation, et al.* (1:21-op-45075-DAP) | |

**NOTICE OF VOLUNTARY DISMISSAL**
**OF INDIVIDUAL DEFENDANTS AND MIAMI-LUKEN, INC.**

Pursuant Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, Lifestream Behavioral Center, Inc. d/b/a LifeStream Behavioral Hospital; d/b/a Addictions Receiving Facility; d/b/a Anthony House; d/b/a Adult Choice; and d/b/a Connections, Recovery & Support, hereby voluntarily dismisses all claims against the following Defendants:

Russell Gasdia
Craig Landau
Beverly Sackler
David Sackler
Jonathan D. Sackler
Kathe Sackler
Mortimer D.A. Sackler
Richard Sackler
Theresa Sackler
Ilene Sackler LefCourt
John Stewart
Mark Timney
Miami-Luken, Inc.

**Approved. So Ordered.**

***s/Dan Aaron Polster***
**DAN AARON POLSTER**
**U.S. DISTRICT JUDGE**

**Date: 8/12/2026**

with each party to bear its own fees and costs.

Dated: August 11, 2026

Respectfully submitted,

/s/ John Arthur Eaves, Jr.

John Arthur Eaves, Jr.
Eaves Law Firm, LLC
101 North State Street